BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CAMERON W. MCALISTER, UTAH STATE BAR NO. 17269
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

U.S. COURTS

SEP 22 2026

Rcvd_____ Filed CK Time 1:00
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ADAM M. STAGGIE,<br>Defendant. | Case No. CR 26-00264 E DCN<br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1) |

The Grand Jury charges:

**<u>COUNT ONE</u>**

**Prohibited Person in Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about August 14, 2026, in the District of Idaho, the Defendant, ADAM M. STAGGIE, knowing that he had previously been convicted of a crimes punishable by imprisonment for terms exceeding one year, namely, felony theft (case number: CR-2016-0004146), felony grand theft (case number: CR-2018-0005805), and felony possession of a controlled substance (case number: CR10-22-04661), did knowingly possess two firearms and

ammunition, that is, a black and silver Marlin .22 caliber rifle (serial number: 21547738), a black and brown Marlin .22 caliber rifle (serial number: 19474325), fifty (50) rounds of .22 caliber ammunition, and forty (40) rounds of .357 Magnum caliber ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**CRIMINAL FORFEITURE ALLEGATION(S)**
**Firearm Forfeiture**
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

Upon conviction of any offense alleged in Counts ONE through FOUR of this Indictment, the Defendant, ADAM M. STAGGIE, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

   a. One (1) Marlin .22 Caliber Rifle, with center point scope, (SN: 21547738)

   b. One (1) Marlin .22 Caliber Rifle, (SN: 19474325)

   c. All seized ammunition, of miscellaneous caliber and manufacture

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 22nd day of September, 2026.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

CAMERON W. MCALISTER
ASSISTANT UNITED STATES ATTORNEY